**FILED**
March 13, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:18CR00042-KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| JESUS RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __JESUS RODRIGUEZ__ , Case No. __2:18CR00042-KJM__ , Charge __18USC § 371.(f)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

    ✔ Unsecured Appearance Bond $100,000.00

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    ✔ (Other)     Pretrial conditions as stated on the record.

**The defendant shall be released 3/14/2018 at 9:00 a.m. to Pretrial Services Officer**

Issued at __Sacramento, CA__ on __March 13, 2018__ at __1:20 pm__ .

By   /s/ Allison Claire/s/ Allison Claire
    Allison Claire
    United States Magistrate Judge

Copy 2 - Court