HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
JESUS RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-0042 KJM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER (~~PROPOSED~~) MODIFYING RELEASE CONDITIONS** |
| JESUS RODRIGUEZ et al., | |
| Defendants. | JUDGE: Hon. Allison Claire |

IT IS HEREBY STIPULATED by and between plaintiff, United

States of America, and defendant, Jesus Rodriguez, that the

special conditions of pretrial release ordered on March 12, 2018

(doc. 28) and modified on June 25, 2018 (doc. 45) may be further

modified to temporarily suspend special conditions 11 (Better

Choices program participation), 12 (cognitive behavioral therapy

program), and 13 (location monitoring and curfew), and any

1  conditions pertaining to his residence, effective July 23, 2018.

2  The parties agree that Mr. Rodriguez shall be excused from

3  meeting these conditions until he is released from the Nevada

4  County Jail, at which time the conditions shall be reinstated

5  without further order of the Court.

6

7      On July 17, 2018, Mr. Rodriguez pled guilty to misdemeanor

8  charges in a Nevada County case that was pending at the time of

9  his federal arrest.  The Nevada County court sentenced him to

10  serve 57 days in County Jail with credit for time served and

11  ordered him to surrender by 8:00 p.m. on July 23.  Defense

12  counsel has consulted with Pretrial Services who has agreed to

13  remove Mr. Rodriguez's ankle monitor on Monday, July 23, and to

14  reinstall it on the first working day following Mr. Rodriguez's

15  release from custody.  Pretrial and the parties all anticipate

16  that Mr. Rodriguez will resume his residence and participation

17  in the Better Choices and cognitive behavioral therapy programs

18  when he is released from Nevada County.  His release date is

19  estimated to occur on or shortly after August 20.

20

21  /////

22  /////

23  /////

24  /////

25  /////

26

27

28

1  The parties agree that the suspended conditions and the

2  residence restrictions shall be reimposed without further order

3  of the Court upon Mr. Rodriguez's release, and that he shall be

4  ordered to contact his pretrial services officer on the day of

5  his release.

6

7                                    Respectfully submitted,

8                                    HEATHER E. WILLIAMS
                                     Federal Defender
9

10  Dated:  July 17, 2018            /s/ T. Zindel
                                     TIMOTHY ZINDEL
11                                   Assistant Federal Defender
                                     Attorney for Jesus Rodriguez
12

13                                   McGREGOR SCOTT
                                     United States Attorney
14

15  Dated:  July 17, 2018            /s/ T. Zindel for T. Delgado
                                     TIMOTHY DELGADO
16                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
17

18                              **O R D E R**

19

20

21      The above modification is adopted effective July 23, 2018.

22  Mr. Rodriguez shall contact Pretrial Services when he is

23  released from custody at which time all existing conditions (set

24  forth at doc. 44-1) shall again take effect.

25      IT IS SO ORDERED.

26  Dated:  July 19, 2018            _____
                                     HON. ALLISON CLAIRE
27                                   United States Magistrate Judge

28

*U.S. v. Rodriguez*, 2:18-cr-0042 KJM