McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0042-KJM-1 |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: September 17, 2018 |
| JESUS RODRIGUEZ, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Kimberly J. Mueller |

Plaintiff United States of America, through its respective counsel, and defendant Jesus Rodriguez, through his counsel of record, stipulate that the status conference now set for September 17, 2018, be continued to October 1, 2018, at 9:00 a.m.

On March 6, 2018, Mr. Rodriguez was arraigned on the six-count Indictment in this case. (ECF Nos. 17, 20.)  In the weeks following, the government produced discovery to the defense that included over 90 pages of reports and memoranda, and several dozen audio and video recordings from throughout this investigation.  The government produced over 165 pages of additional materials several weeks later. Defense counsel for Mr. Rodriguez requires a brief period of additional time to review these materials, time to discuss them with his client, to conduct research into potential suppression issues or motions to dismiss, to conduct additional investigation, and to otherwise prepare for trial.  In addition, the parties note that Mr. Rodriguez is currently participating in the Court's Better Choices program.

/ / /

Based on the foregoing, the parties stipulate that the status conference now set for September 17, 2018, be continued to October 1, 2018, at 9:00 a.m.  The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including October 1, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  September 11, 2018         /s/ Timothy H. Delgado
                                   TIMOTHY H. DELGADO
                                   Assistant United States Attorney
                                   Attorney for Plaintiff United States

Dated:  September 11, 2018         /s/ THD for Timothy L. Zindel
                                   TIMOTHY L. ZINDEL
                                   Assistant Federal Defender
                                   Attorney for Defendant Jesus Rodriguez

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including October 1, 2018, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the September 17, 2018 status conference be continued until October 1, 2018, at 9:00 a.m.

Dated: September ____, 2018

_____
Hon. Kimberly J. Mueller
United States District Judge