HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JESUS RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-0042 KJM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER (PROPOSED)_ CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| JESUS RODRIGUEZ, | |
| Defendant. | Date:   October 22, 2018<br>Time:   9:00 a.m.<br>Judge:  Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed between defendant, Jesus Rodriguez, through his attorney, and plaintiff, United States of America, through the United States Attorney, that the status conference scheduled for October 22, 2018, may be continued to November 26, 2018, at 9:00 a.m.

Shortly before the last status conference, the government alerted the defense that it had material information bearing on the investigation and on Mr. Rodriguez's decision to plead.  The government today advised that it cannot provide the material to defense counsel until later in the week of October 22.  Both

-1-

1 counsel agree that additional time will be needed to review the
2 information with Mr. Rodriguez and to determine its effect, if
3 any, on future litigation or resolution.  Counsel therefore ask
4 to continue the status conference to November 26, 2018, to
5 complete necessary legal research and review.

6     The parties further agree that the need for additional time
7 to evaluate the new information and to prepare warrants an order
8 excluding time under the Speedy Trial Act from the date of this
9 stipulation through November 26, 2018, pursuant to 18 U.S.C. §
10 3161(h)(7)(A) and (b)(iv).  The parties agree that the ends of
11 justice to be served by a continuance outweigh the best
12 interests of Mr. Rodriguez and the public in a speedy trial and
13 ask the Court to so find.

15     Respectfully submitted,

16     HEATHER E. WILLIAMS
    Federal Defender

18 Dated:   October 18, 2018        /s/ T. Zindel_____ ___
    TIMOTHY ZINDEL
19     Assistant Federal Defender
    Attorney for JESUS RODRIGUEZ

21     MCGREGOR W. SCOTT
    United States Attorney

23 Dated:   October 18, 2018        /s/ T. Zindel for T. Delgado
    TIMOTHY DEGADO
24     Assistant U.S. Attorney

25 /////
26 /////
27 /////
28 /////

**O R D E R**

The status conference scheduled for October 22, 2018, is continued to November 26, 2018, at the request of the parties and for the reasons stated above. The Court further finds that the need for both counsel to evaluate the new information warrants an exclusion of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv). In light of the parties' representations, the Court finds that the ends of justice to be served by a continuance outweigh the best interests of Mr. Rodriguez and the public in a speedy trial.

IT IS SO ORDERED.

Dated: October __, 2018            _____
                                    HON. KIMBERLY J. MUELLER
                                    United States District Judge