1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org

Attorney for Defendant
JESUS RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-CR-0042 KJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER (PROPOSED)**_ ) **CONTINUING STATUS CONFERENCE** ) **AND EXCLUDING TIME** |
| JESUS RODRIGUEZ, | ) |
| Defendant. | ) Date:  November 26, 2018 ) Time:  9:00 a.m. ) Judge: Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed between defendant, Jesus Rodriguez, through his attorney, and plaintiff, United States of America, through the United States Attorney, that the status conference scheduled for November 26, 2018, may be continued to January 14, 2019, at 9:00 a.m.

Shortly before the last status conference, the government alerted the defense that it had material information bearing on the investigation and on Mr. Rodriguez's decision to plead. The government last week advised counsel that the information is now available for review.  Both counsel agree that additional time

-1-

1 is needed to review the information with Mr. Rodriguez and to
2 determine its effect on future litigation or resolution.
3 Counsel therefore ask to continue the status conference to
4 January 14, 2019, to complete necessary legal research and
5 review.

6 The parties further agree that the need for additional time
7 to prepare and to evaluate the new information warrants an order
8 excluding time under the Speedy Trial Act from the date of this
9 stipulation through January 14, 2019, pursuant to 18 U.S.C. §
10 3161(h)(7)(A) and (b)(iv). The parties agree that the ends of
11 justice to be served by a continuance outweigh the best
12 interests of Mr. Rodriguez and the public in a speedy trial and
13 ask the Court to so find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: November 19, 2018     /s/ T. Zindel_____
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for JESUS RODRIGUEZ


                             MCGREGOR W. SCOTT
                             United States Attorney

Dated: November 19, 2018     /s/ T. Zindel for T. Delgado
                             TIMOTHY DEGADO
                             Assistant U.S. Attorney

/////
/////
/////
/////

**O R D E R**

The status conference scheduled for November 26, 2018, is continued to January 14, 2019, at the request of the parties and for the reasons stated above. The Court further finds that the need for both counsel to evaluate the new information warrants an exclusion of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv). In light of the parties' representations, the Court finds that the ends of justice to be served by a continuance outweigh the best interests of Mr. Rodriguez and the public in a speedy trial.

IT IS SO ORDERED.

Dated: November __, 2018  _____
HON. KIMBERLY J. MUELLER
United States District Judge