HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JESUS RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-CR-0042 KJM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS** |
| v. | |
| JESUS RODRIGUEZ et al., | JUDGE: Hon. Carolyn K. Delaney |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant, Jesus Rodriguez, that the special conditions of pretrial release ordered on March 12, 2018 (doc. 28) and modified on June 25, 2018 (doc. 45) may be modified to remove special condition number 13 re location monitoring and curfew. All other conditions are to remain in effect.

This change is made at the request of Pretrial Services in light of Mr. Rodriguez's successful compliance with existing

conditions of release.  The parties ask the Court to adopt the
attached Second Amended Special Conditions of Release, prepared
by Pretrial Services.

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Dated: November 19, 2018    /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for Jesus Rodriguez

                                      McGREGOR SCOTT
                                      United States Attorney

Dated: November 19, 2018    /s/ T. Zindel for T. Delgado
                                      TIMOTHY DELGADO
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## **O R D E R**

    The Second Amended Special Conditions of release are hereby adopted in place of the previously-ordered conditions.

    IT IS SO ORDERED.

Dated: November 19, 2018

                                      _____
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

SECOND AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Rodriguez, Jesus
No.: 2:18-CR-0042 KJM
Date: November 16, 2018

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;
2. Your release on bond will be delayed until 9:00 a.m. on March 14, 2018, at which time you will be released from the custody of the United States Marshals to Pretrial Services;
3. You must reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;
4. You are released to the third-party custody of Stephen Stapleton;
5. You must cooperate in the collection of a DNA sample;
6. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;
7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;
8. You must refrain from the excessive use of alcohol or any use of a narcotic drug r other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;
9. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;
10. You must report any contact with law enforcement to your pretrial services officer within 24 hours;
11. You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Deborah Barnes, United States Magistrate Judge, in Courtroom No. 27 on the 8th Floor at 11:00 a.m. on March 20, 2018;
12. You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.