| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | TIMOTHY ZINDEL, #158377 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | timothy_zindel@fd.org |
| 5 | |
| 6 | Attorney for Defendant |
| | JESUS RODRIGUEZ |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-CR-0042 KJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
| | ) **MODIFYING CONDITIONS OF RELEASE** |
| JESUS RODRIGUEZ, | ) |
| | ) Judge: Hon. Deborah Barnes |
| Defendant. | ) |

It is hereby stipulated and agreed between defendant, Jesus Rodriguez, through his attorney, and plaintiff, United States of America, through the United States Attorney, that the conditions of release ordered March 12, 2018 (doc. 28) and amended on November 20, 2018 (doc. 73) may be further amended as set forth in the attached Third Amended Special Conditions of Release.

/////

/////

/////

/////

/////

The amended special conditions include a counseling condition requested by Mr. Rodriguez and Pretrial Services. Mr. Rodriguez's Pretrial Services prepared the amended conditions and the parties agree that the Court should adopt them.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: July 31, 2019  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JESUS RODRIGUEZ

MCGREGOR W. SCOTT
United States Attorney

Dated: July 31, 2019  /s/ T. Zindel for T. Delgado
TIMOTHY DEGADO
Assistant U.S. Attorney

**O R D E R**

The Third Amended Special Conditions of Release attached to this Order are hereby adopted.

IT IS SO ORDERED.

Dated: August 1, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

///

///

///

///

///

# THIRD AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Rodriguez, Jesus
No.: 2:18-CR-0042 KJM
Date: July 30, 2019

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. Your release on bond will be delayed until 9:00 a.m. on March 14, 2018, at which time you will be released from the custody of the United States Marshals to Pretrial Services;

3. You must reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

4. You are released to the third-party custody of Stephen Stapleton;

5. You must cooperate in the collection of a DNA sample;

6. You must restrict your travel to **Eastern District of California** unless otherwise approved in advance by the pretrial services officer;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must refrain from the **excessive** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

10. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Deborah Barnes, United States Magistrate Judge, in Courtroom No. 27 on the 8th Floor at 11:00 a.m. on March 20, 2018;

12. You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office; and

13. *You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer*.